JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:24-cv-05857-JLS-SSC                                      Date: August 25, 2024
Title:  Alma Zerega v. Costco Wholesale Corporation et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Charles Rojas  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING ACTION TO STATE COURT**

In its prior order, the Court "question[ed] whether the amount-in-controversy requirement is satisfied" in this action and ordered Defendant to show cause why this action should not be remanded to state court. (OSC, Doc. 10.) Defendant submitted a response that was, however, completely unrelated to the amount in controversy. (Def.'s Resp., Doc. 12.) Defense Counsel later submitted a declaration, attesting that Defendant's non-sequitur response was the product of him having "mistakenly failed to read the full Order issued by the Court." (Decl., Doc. 14 ¶ 3.) Defense Counsel also attached two exhibits to his declaration that he contends are relevant to the amount-in-controversy inquiry. Even taking into account these belatedly filed exhibits, Defendant has not met its burden of showing that the amount-in-controversy requirement is met by a preponderance of the evidence.[1] Therefore, this action is remanded to Los Angeles Superior Court, Case No. 23LBCV01879.

Initials of Deputy Clerk: cr

---

[1] The exhibits simply contain the statement of Plaintiff's Counsel that "[w]e do not know the value of the case at this time." (Doc. 14-2.)